UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GUY BECKET, Personal Representative of the Estate of Lois Beckett, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>MELLON INVESTOR SERVICES, LLC, a New Jersey limited liability company,,<br><br>Defendant. | Case No. C06-5245 FDB<br><br>ORDER SETTING NEW DEADLINES FOR SERVING AND FILING INITIAL DISCLOSURES AND JOINT STATUS REPORT |

This matter comes before the Court on motion of Plaintiff to establish new deadlines for serving and filing initial disclosures and joint status report. The Defendant does not object to the setting of new deadlines. The parties have conducted a Rule 26(f) conference and Plaintiff has decided to file a motion for remand to the state court. Plaintiff proposes that such motion be filed on October 9, 2006, for consideration on October 27, 2006, with Defendant to file its opposition by October 23, 2006 and Plaintiff a reply by October 27, 2006. The Plaintiff seeks to have the initial disclosures and joint status report filed subsequent to the determination on the motion for remand.

The Court is in agreement that the initial disclosure and joint status report shall be due subsequent to the determination of the motion to remand. Accordingly, it is ORDERED:

ORDER - 1

(1) Plaintiff is to file the motion for remand no later than October 9, 2006, and noted for Friday, October 27, 2006.  The opposition shall be filed no later than October 23, 2006 and any reply, October 27,2 006;

(2) Initial Disclosures shall be served no later than 10 days after determination of the motion to remand, if denied;

(3) Joint Status Report shall be filed 7 days after service of initial disclosures.

DATED this 2nd day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2