The Honorable Frank D. Burgess

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN OF WASHINGTON

| | |
|---|---|
| GUY W. BECKETT, Personal Representative of the Estate of Lois M. Beckett, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MELLON INVESTOR SERVICES, LLC, a New Jersey limited liability company,<br><br>Defendant. | Case No. 3:06-cv-05245<br><br>**STIPULATION AND ORDER TO RENOTE MOTION TO DISMISS** |

## **STIPULATION**

Due to plaintiff's counsel's travel schedule, and the agreement of the parties to have Mellon's Motion to Dismiss and Beckett's Motion to Remand noted for hearing on the same date, the parties stipulate that Mellon's Motion to Dismiss be renoted from Friday, October 27, 2006 to Friday, November 3, 2006.

Case No.: 3:06-cv-05245
STIPULATION AND ORDER TO RENOTE
MOTION TO DISMISS - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

1
2
3
4

## ORDER

6   It is so ORDERED.

7   DATED this 25th day of October 2006.

8
9
10
11

12   FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE

13
14
15
16
17
18

19   Presented through stipulation this 11th day of October, 2006.

20   /s/ Roblin J. Williamson, WSBA No. 11387          /s/ Nancy Harriss, WSBA No. 21004
     Williamson & Williams                              Robert J. Bocko, WSBA No. 15724
21   811 First Avenue, Suite 620                        Keesal, Young & Logan
     Seattle, WA  98104-1425                            1301 Fifth Avenue, Suite 1515
22   Phone:  (206) 587-6834                             Seattle, WA  98101
     Fax:  (206) 587-6835                               Phone:  (206) 622-3790
23   Email: *robw@williamslaw.com*                      Fax:  (206) 343-9529
     Attorneys for Plaintiff Guy W. Beckett             Email:  *nancy.harriss@kyl.com*
24                                                              *robert.bocko@kyl.com*
                                                        Attorneys for Defendant Mellon
25                                                      Investor Services, LLC.

26
27
28   Case No.:  3:06-cv-05245                           KEESAL, YOUNG & LOGAN
     STIPULATION AND ORDER TO RENOTE MOTION             1301 FIFTH AVENUE, SUITE 1515
     TO DISMISS - 2                                     SEATTLE, WASHINGTON 98101
                                                              (206) 622-3790

1  SE45887

28  Case No.: 3:06-cv-05245
STIPULATION AND ORDER TO RENOTE MOTION
TO DISMISS - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790