The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| GUY BECKETT, Personal Representative of the Estate of Lois M. Beckett, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MELLON INVESTOR SERVICES LLC, a New Jersey limited liability company, <br><br> Defendant. | Case No. 3:06-cv-05245-RJB <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Pursuant to FRCP 41 (a) (1) (ii), the parties stipulate that this action shall be dismissed with prejudice and without award of costs or attorneys fees to any party.

Case No.: 3:06-cv-05245-RJB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

## ORDER

It is so ORDERED.

DATED this 9th day of August, 2010.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented through stipulation by:

KEESAL, YOUNG & LOGAN

_____s/ Molly J. Henry_____
Robert J. Bocko, WSBA 15727
Molly J. Henry, WSBA 40818
Attorneys for Defendant

WILLIAMSON & WILLIAMS

_____s/ Roblin Williamson_____
Roblin John Williamson, WSBA No. 11387
Attorneys for Plaintiff

Case No.:  3:06-cv-05245-RJB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
WITH PREJUDICE - 2

KEESAL, YOUNG & LOGAN
1301 Fifth Avenue, Suite 1515
Seattle, Washington 98101
(206) 622-3790

# CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

Roblin John Williamson
Williamson & Williams
187 Parfitt Way SW Ste 250
Bainbridge Island, WA  98110-2593

DATED this 4th day of August, 2010, at Seattle, Washington.

*/s/ Hillary Thelen*

Hillary Thelen

KYL_SE64223

---

Case No.:  3:06-cv-05245-RJB
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790